# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

### Clerk's Minutes

### 24-cv-880 WJ/GBW

*Doe v. St. John's College et al*

### Date of Hearing:   3/7/2025
*(not recorded)*

| | |
|---|---|
| **Attorneys for Plaintiff:** | Mark Baker |
| | Gerald Lefcourt |
| | Faith Friedman |
| | |
| **Plaintiff's Representatives:** | Dotti Zicklin |
| | Eric Zicklin |
| | |
| **Attorney for Defendants:** | Jennifer Anderson |
| | |
| **Defendant Representative:** | Christine Guevara |
| | |
| **Representative for United Educators:** | Cristina Wallace |
| | |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 10:30 a.m. |
| *Stop Time*: | 3:58 p.m. |
| **Total Time:** | **5 hours and 28 minutes** |
| | |
| **Clerk**: | JJD |

**Notes**:

- The parties reached a settlement.