IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

    Plaintiff,

v.                                                                    Civ. No. 24-880 WJ/GBW

ST. JOHN'S COLLEGE, *et al.*,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

The parties have reached a settlement based upon their negotiations at the settlement conference held by the Court. *Doc. 24.* Therefore, IT IS HEREBY ORDERED that closing documents be filed by Plaintiff no later than **May 6, 2025**, absent a request showing good cause for an extension.

                                                                                                                
_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE