IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

      Plaintiffs.

vs.                                                          Cause No. 1:24-cv-00880-WJ/GBW

ST. JOHN'S COLLEGE, MARK
ROOSEVELT, individually and as
an agent and employee of St. John's
College, CHRISTINE GUEVARA,
Individually and as an agent and
employee of St. John's College, John
And Jane Roes 1-5, individually and as
Agents and employees of St. John's College,

      Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff John Doe and Defendants St. John's College, Mark Roosevelt, and Christine Guevara, by and through their respective counsel of record, hereby jointly move for dismissal with prejudice of all claims made, or which could have been made, by Plaintiff against Defendants, with the parties to bear their own costs and fees. As grounds for this Motion, the parties state that all matters have been resolved between them and there remain no issues for determination by this Court.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants request that the Court enter an Order dismissing this case in its entirety with prejudice, with the parties to bear their own costs and fees.

Respectfully Submitted,

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: */s/ Margaret M. Hickey*
    Jennifer G. Anderson
    Margaret M. Hickey
    Post Office Box 2168
    Albuquerque, NM 87103-2168
    Tel: (505) 848-1800
    *jennifer.anderson@modrall.com*
    *mhickey@modrall.com*
    *Attorneys for Defendants*

AND

**PEIFER HANSON MULLINS & BAKER, PA**

By: *approved via email 5/16/2025*
    Mark T. Baker
    Abigail L. Pace
    P.O. Box 25245
    Albuquerque, NM 87125-5245
    Tel: (505) 247-4800
    *mbaker@peiferlaw.com*
    *apace@peiferlaw.com*
    *Attorney for Plaintiff*

**GERALD B. LEFCOURT, P.C.**

    Gerald B. Lefcourt
    Faith A. Friedman
    Gerald B. Lefcourt, P.C.
    1776 Broadway, Suite 2000
    New York, NY 10019
    Tel: (212) 737-0400
    *gbl@lefcourtlaw.com*
    *ffriedman@lefcourtlaw.com*
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2025, I filed the foregoing electronically through the CM/ECF system upon the following counsel:

| | |
|---|---|
| Mark T. Baker | Gerald B. Lefcourt |
| Abigail L. Pace | Faith A. Friedman |
| Peifer Hanson Mullins & Baker, PA | Gerald B. Lefcourt, P.C. |
| P.O. Box 25245 | 1776 Broadway, Suite 2000 |
| Albuquerque, NM 87125-5245 | New York, NY 10019 |
| Tel: (505) 247-4800 | Tel: (212) 737-0400 |
| *mbaker@peiferlaw.com* | *gbl@lefcourtlaw.com* |
| *apace@peiferlaw.com* | *ffriedman@lefcourtlaw.com* |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:    */s/ Margaret M. Hickey*
        Margaret M. Hickey