IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

    Plaintiffs.

vs.                                                                       Cause No. 1:24-cv-00880-WJ/GBW

ST. JOHN'S COLLEGE, MARK
ROOSEVELT, individually and as
an agent and employee of St. John's
College, CHRISTINE GUEVARA,
Individually and as an agent and
employee of St. John's College, John
And Jane Roes 1-5, individually and as
Agents and employees of St. John's College,

    Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, the Court, having considered the Joint Motion and being advised that all claims have been resolved, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: */s/ Margaret M. Hickey*
    Jennifer G. Anderson
    Margaret M. Hickey
    Post Office Box 2168
    Albuquerque, NM 87103-2168
    Tel: (505) 848-1800
    *jennifer.anderson@modrall.com*
    *mhickey@modrall.com*
    *Attorneys for Defendants*


**PEIFER HANSON MULLINS & BAKER, PA**

By: *approved via email 5/16/2025*
    Mark T. Baker
    Abigail L. Pace
    P.O. Box 25245
    Albuquerque, NM 87125-5245
    Tel: (505) 247-4800
    *mbaker@peiferlaw.com*
    *apace@peiferlaw.com*
    *Attorney for Plaintiff*

**GERALD B. LEFCOURT, P.C.**

    Gerald B. Lefcourt
    Faith A. Friedman
    Gerald B. Lefcourt, P.C.
    1776 Broadway, Suite 2000
    New York, NY 10019
    Tel: (212) 737-0400
    *gbl@lefcourtlaw.com*
    *ffriedman@lefcourtlaw.com*
    *Attorney for Plaintiff*